# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

HELEN JOHNSON

VERSUS

PINNACLE ENTERTAINMENT,
INC., D/B/A/ L'AUBERGE
CASINO & HOTEL BATON ROUGE
AND ABC INSURANCE COMPANY

NO.   2021 CW 0598

**JULY 19, 2021**

---

In Re:    Pinnacle Entertainment, Inc., applying for supervisory
          writs, 19th Judicial District Court, Parish of East
          Baton Rouge, No. 683198.

---

**BEFORE:    WHIPPLE, C.J., WELCH AND WOLFE, JJ.**

   **WRIT GRANTED WITH ORDER.** The trial court's April 29, 2021
judgment denying the motion for summary judgment filed by
Defendant, Pinnacle Entertainment, Inc. is vacated. Pinnacle
raised a timely objection to evidence submitted in the reply to
its motion for summary judgment. However, the district court
failed to rule on the admissibility of such evidence. La. Code
Civ. P. art. 966(D)(2) provides that the court shall consider
timely filed objections and specifically state on the record or
in writing which documents, if any, it held to be inadmissible
or declined to consider prior to ruling on the motion for
summary judgment. This matter is remanded to the trial court
for compliance with La. Code Civ. P. art. 966(D)(2) and a ruling
on the motion for summary judgment filed by the defendant after
determination of any evidentiary issues pursuant to La. Code
Civ. P. art. 966(C)(4).

                              **VGW**
                              **JEW**
                              **EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT